◈GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**GREGORY RUTHERFORD** | Crim. No.   5:08-CR-00047-001 (LAG) |

On March 18, 2010, Gregory Rutherford was sentenced to 120 months imprisonment to be followed by five years supervised release for the offense of Distribution of More Than Five Grams of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(iii).

On November 6, 2018, Rutherford commenced his term of supervised release. He has complied with the rules and regulations of supervised release. His case does not meet the criteria for early termination as outlined in the *Guide to Judiciary Policy, Volume 8, Part E* as approved by the Administrative Office of the U.S. Courts as he was sentenced as a career offender. However, based on his compliance while under supervision, his case does meet the Chief U.S. Probation Officer's exception guidance when considering early termination on offenders who were sentenced as career offenders. Therefore, it is the opinion of the U.S. Probation Office that Rutherford is no longer in need of supervision. It is accordingly recommended that Rutherford be discharged from supervision.

Respectfully submitted,

Todd L. Smith
USPO - Firearms Specialist

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___14th___ day of ___September___, 2023.

LESLIE ABRAMS GARDNER
U.S. DISTRICT JUDGE